

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00736-CR

Robert Chester **ADAMS**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 2023-0160-CR
Honorable Robert E. Cadena, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE BRISSETTE, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED September 17, 2025.

H. Todd McCray, Justice